UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF TONYA K. MEALMAN, by
Special Administrator Attorney Aric Burch,

        Plaintiff,

        v.                                      Case No. 21-C-820

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY,
BROWN COUNTY, KELLY DELWICHE,
DALTON DESMOND, CHRIS PATTERSON,
DAVID NEIMIEROWICZ, JEFFREY RHODES,
WELLPATH LLC, DIANE JENSEN,
DIRK LARSON, EMILY BLOZINSKI,
JESSICA DENISSEN, SARAH PAGELS,
JEFFREY LELINSKI, and
ATALIE PRZYBELSKI,

        Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

---

This matter comes before the Court on Plaintiff Estate of Tonya K. Mealman's motion to compel the Wellpath Defendants to fully and completely respond to Plaintiff's second set of requests for production of documents. Plaintiff asserts that it has not received the Wellpath Defendants' responses to these requests, despite its attempts to confer with the Wellpath Defendants in an effort to resolve the matter without court action.

A party may file a motion to compel discovery, under Federal Rule of Civil Procedure 37, when another party fails to respond to interrogatories or requests for production of documents. The Wellpath Defendants have not responded to the motion to compel, and the time to do so has now passed. Accordingly, Plaintiff's motion to compel (Dkt. No. 50) is **GRANTED**. The

Wellpath Defendants must provide their answers to Plaintiff's second set of requests for production of documents within **five days** of the date of this order.

**SO ORDERED** at Green Bay, Wisconsin this 1st day of August, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
