IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF TONYA K. MEALMAN
BY SPECIAL ADMINISTRATOR
ARIC D. BURCH,

    *Plaintiff,*

    v.

Case No. 21-CV-820

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY, et al.,

    *Defendants.*

## MOTION FOR LEAVE TO DEPOSE PRISONER

The Plaintiff, by counsel, moves the Court, pursuant to Fed. R. Civ. Pro. 30(a)(2)(B), for an order granting them leave to take the deposition of Roni Coonen-Anderson and Boua Yang, who are both currently incarcerated at Taycheedah Correctional Institution, located at 751 County Road K, Fond du Lac, WI 54937, on oral examination, to be recorded by stenographic and video means. Both Roni Coonen-Anderson and Boua Yang were housed with Tonya Mealman at the time of her death at the Brown County Jail and their depositions are necessary to further understand facts that may support the plaintiff's causes of action.

2

Respectfully submitted,

Dated: August 5, 2022

/s/ John H. Bradley
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722

STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
 [608] 535-1550
Rick@StrangBradley.com
John@StrangBradley.com

Attorneys for Plaintiff