

**Sara C. Mills-Flood**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7588
Email: smills@crivellocarlson.com

August 17, 2022

**VIA ECF FILING**
Hon. William C. Griesbach
US District Court Eastern District of Wisconsin
125 South Jefferson Street
Green Bay, WI 54305

    Re:    *Estate of Tonya K. Mealman v. Brown County, et al.*
             E.D. Wis. Case No. 21-CV-820

Dear Judge Griesbach:

The County Defendants are in receipt of the Court's text-only order of August 12, 2022 regarding Plaintiff's Motion to Take Deposition of Roni Coonen-Anderson and Boua Yang. The County Defendants have no objection to the motion. Thank you.

Sincerely,

s/ Sara C. Mills

SARA C. MILLS

C:    all counsel of record (via ECF filing)

MILWAUKEE, WI (414) 271-7722  EAU CLAIRE, WI (715) 598-1730  DELAFIELD, WI (414) 271-7722  MUKWONAGO, WI (262) 363-7720  CHICAGO, IL (312) 523-2111  PEORIA, IL (309) 839-1946  EDWARDSVILLE, IL (618) 655-0006

Case 1:21-cv-00820-WCG   Filed 08/17/22   Page 1 of 1   Document 55