IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF TONYA K. MEALMAN,

      *Plaintiff,*

                                            Case No. 21-CV-820

  v.

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY, et al.,

      *Defendants.*

## CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION
## UNOPPPOSED MOTION FOR LEAVE TO DEPOSE PRISONER

The Plaintiff, by counsel, moves the Court, pursuant to Fed. R. Civ. Pro. 30(a)(2)(B), for an order granting them leave to take the deposition of Tera Copeland, who is currently incarcerated at Brown County Jail, located at 3030 Curry Ln, Green Bay, WI 54311, on oral examination, to be recorded by stenographic and video means. Tera Copeland was housed with Tonya Mealman at the time of her death at the Brown County Jail and her deposition is necessary to further understand facts that may support the plaintiff's causes of action.

Counsel for Plaintiff is authorized to state that counsel for defendants do not oppose this motion.

1

Respectfully submitted,

Dated: September 7, 2022

/s/ John H. Bradley
John H. Bradley
   Wisconsin Bar No. 1053124
R. Rick Resch
   Wisconsin Bar No. 1117722

STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
 [608] 535-1550
Rick@StrangBradley.com
John@StrangBradley.com

Attorneys for Plaintiff