UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF TONYA K. MEALMAN,

        Plaintiff,

v.                                    Case No. 21-CV-820

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY, et al.,

        Defendants.

---

## NOTICE OF APPEARANCE

---

        PLEASE TAKE NOTICE that Terry E. Johnson of the law firm of von Briesen & Roper, s.c., appears as additional counsel on behalf of defendant, Wellpath LLC, in the above-referenced matter, and hereby demands that copies of all papers and pleadings subsequent to the date of this notice be served upon him as set forth below.

        Dated at Milwaukee, Wisconsin, this 30th day of June, 2023.

        *s/ Terry E. Johnson*
        Terry E. Johnson
        State Bar No.: 1016704
        terry.johnson@vonbriesen.com

        von BRIESEN & ROPER, s.c.
        411 E. Wisconsin Avenue, Suite 1000
        Milwaukee, WI 53202
        Phone: 414-221-6605

        *Attorneys for Wellpath LLC*