UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF TONYA K. MEALMAN,

    Plaintiff,

v.                                                Case No. 21-CV-820

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY, et al.,

    Defendants.

## MOTION OF DEFENDANT, WELLPATH, LLC, FOR RELIEF FROM/RECONSIDERATION OF THE JUNE 16, 2023 ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS

Defendant, Wellpath LLC, by its attorneys, von Briesen & Roper, s.c., moves the Court pursuant to Rules 54(b) and 59(e) of the Federal Rules of Civil Procedure for relief from/reconsideration of the Court's June 16, 2023 non-final order granting plaintiff's motion for sanctions (Dkt. 97).

This Motion is supported by the pleadings and papers on file and the supporting brief and affidavits of Paul J. Pytlik and Minh C. Wai filed herewith.

Dated at Milwaukee, Wisconsin, this 14th day of July, 2023.

                                            *s/ Terry E. Johnson*
                                            Terry E. Johnson
                                            State Bar No.: 1016704
                                            terry.johnson@vonbriesen.com
                                            von BRIESEN & ROPER, s.c.
                                            411 E. Wisconsin Avenue, Suite 1000
                                            Milwaukee, WI 53202
                                            Phone: 414-221-6605

                                            *Attorneys for Wellpath LLC*