IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF TONYA K. MEALMAN
BY SPECIAL ADMINISTRATOR
ARIC D. BURCH,

    *Plaintiff,*

  v.

WISCONSIN MUNICIPAL MUTUAL
INSURANCE COMPANY, et al.,

    *Defendants.*

Case No. 21-CV-820

# PLAINTIFF'S NINTH MOTION TO COMPEL WELLPATH DEFENDANTS TO PRODUCE LIST OF INMATE SUICIDES THAT OCCURRED IN WELLPATH FACILITIES

Plaintiff moves this Court for an order compelling Wellpath to produce documents responsive to Plaintiff's Ninth Set of Requests for Production of Documents Nos. 3 and 4 within ten days, specifically a more narrow request of a list of all inmate suicides that occurred in facilities in the United States (including incidents like Tonya Mealman, in which individuals did not die until after they were removed from the facility) for which Wellpath had contracted to provide healthcare from 1/1/15 to 12/31/17, an award attorneys' fees and costs, and further sanction Wellpath for its continued dilatory and vexatious conduct. FED. R. CIV. PRO. 37(a).

Plaintiff submits a contemporaneously filed brief and declaration of John H. Bradley in support of this motion.

Respectfully submitted,

Dated: 13 March 2024

/s/ John H. Bradley
John H. Bradley
   Wisconsin Bar No. 1053124
R. Rick Resch
   Wisconsin Bar No. 1117722
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com

Attorneys for Plaintiff

I CERTIFY I have in good faith conferred and attempted to confer with opposing counsel pursuant to Civil L. R. 37 in an effort to obtain the Wellpath Defendants responses to Plaintiff's above discovery requests without court action, but the parties are unable to reach an accord.

/s/ John H. Bradley